**SEDGWICK LLP**
WAYNE WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
DAVID MESA (State Bar No. 257488)
david.mesa@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:   415.781.7900
Facsimile:   415.781.2635

Attorneys for Defendant
STRYKER CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN VENDETTI and JOHN VENDETTI,<br><br>            Plaintiffs,<br><br>    v.<br><br>OTISMED CORPORATION, STRYKER CORPORATION, and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. 2:13-CV-02545 LKK CKD<br><br>ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiffs Colleen Vendetti and John Vendetti is hereby dismissed against defendants STRYKER CORPORATION and OTISMED CORPORATION with prejudice. Each party will bear its own costs of this action.

DATED: February 19, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT